# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-51272
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 20, 2015

Lyle W. Cayce
Clerk

SHIRLEY KLEIN,

> Plaintiff – Appellant,

v.

WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED; AMERIPRO FUNDING, INCORPORATED, a Texas Corporation, doing business as Land Mortgage; BUCKLEY MADOLA, P.C.,

> Defendants – Appellees.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:14-CV-861

---

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

Appellant, Shirley Klein, proceeding *pro se*, argues that the district court erred in determining that two defendants were fraudulently joined and in failing to remand the case to state court. We have studied the record and

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

No. 14-51272

briefs, and reviewed the district court's thorough opinion.  For essentially the reasons stated in the district court's opinion, we AFFIRM.